Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>    Plaintiff,<br><br>    vs.<br><br>LAS ISLITAS RESTAURANT, INC., a California corporation, dba MARISCOS LAS ISLITAS, et al.,<br><br>    Defendants. | No. 1:14-cv-00629-LJO-SMS<br><br>**REQUEST FOR DISMISSAL OF ACTION; ORDER** |

WHEREAS, Plaintiff, Ronald Moore ("Plaintiff"), wishes to dismiss this action with prejudice pursuant to a settlement;

WHEREAS, no cross-claim, counter-claim or third-party claim has been filed in this action;

NOW, THEREFORE, Plaintiff hereby respectfully requests pursuant to Federal Rule of Civil Procedure 41(a)(2) that this action be dismissed with prejudice in its entirety.

Date: August 5, 2014                              MOORE LAW FIRM, P.C.


                                                  */s/ Tanya E. Moore*
                                                  Tanya E. Moore
                                                  Attorneys for Plaintiff
                                                  Ronald Moore

REQUEST FOR DISMISSAL OF ACTION; ORDER

# ORDER

Pursuant to the request of Plaintiff, Ronald Moore, and no cross-claim, counter-claim or third-party claim having been filed,

**IT IS HEREBY ORDERED** that the above-captioned action be dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(2).

The Clerk of Court is DIRECTED TO CLOSE THIS CASE.

**SO ORDERED**
**Dated: August 5, 2014**

                                         /s/ Lawrence J. O'Neill
                                         **United States District Judge**